UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>VERSUS<br>Marchello Jones | *<br><br>* | CRIMINAL DOCKET<br>CASE NO. 08-130<br>USM NO. 30582-034 |

Date of Previous Judgment: 6/21/2016         Defendant's Attorney: Samuel Scillitani

### ORDER FOR SENTENCE REDUCTION
### PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:

☒ GRANTED and the defendant's previously imposed sentence of imprisonment of _180 months_ is reduced to _170 months_.

☐ DEFERRED pending supplemental briefing and/or a hearing.

☐ DENIED after complete review of the motion on the merits.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

| | |
|---|---|
| Prior Statutory Minimum: 360 months | Amended Statutory Minimum: 240 months |
| Prior Guideline Range: 360 months to life | Amended Guideline Range: 235 to 293 months |
| Prior Sentence: 180 months | Amended Sentence: 170 months |
| Prior Supervised Release: 10 years | Amended Supervised Release: 8 years |

Comments (if applicable):
See attached Order and Reasons.

Except as provided above, all provisions of the judgment dated _5/15/19_ shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

5-27-2020                                                        _/s/ Sarah Vance_
ORDER DATE                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-130 |
| MARCHELLO JONES | SECTION "R" (3) |

## **ORDER AND REASONS**

Before the Court is Marchello Jones's motion for a reduction pursuant to Section 404 of the First Step Act.[1] The motion is unopposed.[2] Because the government and defendant have reached an appropriate agreement for a reduction in defendant's sentence, the Court grants the motion.

Marchello Jones was charged in a superseding indictment alleging various crimes.[3] Jones pleaded guilty to Count 1 of the indictment for conspiracy to distribute and possess with intent to distribute cocaine base, cocaine hydrochloride, and marijuana.[4] Jones also pleaded guilty to Count 13 of the indictment for discharging a firearm in furtherance of drug activities.[5]

---

[1]  R. Docs. 398, 427.
[2]  R. Doc. 431 (sealed).
[3]  R. Doc. 54.
[4]  *See* R. Doc. 197 (plea agreement); *see also* R. Doc. 189 (minute entry).
[5]  *See* R. Doc. 197 (plea agreement); *see also* R. Doc. 189 (minute entry).

At his sentencing, defendant was subject to a mandatory minimum of 240 months' imprisonment as to Count 1, and a mandatory minimum of 120 months' imprisonment as to Count 13. Defendant was sentenced to 360 months' imprisonment.[6] In 2016, the Court reduced Jones's sentence for Count 1 to 60 months' imprisonment, for a total sentence of 180 months' imprisonment.[7]

Jones now moves to reduce his sentence under the First Step Act. The First Step Act makes certain portions of the Fair Sentencing Act retroactive. *See* Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222 (2018). In particular, it increased the quantity of crack cocaine that triggered mandatory minimum penalties and eliminated the statutory mandatory minimum sentence for simple possession of crack cocaine. *See* Pub. L. No. 111-220 §§ 2-3, 124 Stat. 2372, 2372 (2010). Under the Fair Sentencing Act, defendant's mandatory minimum for Count 1 would have been 120 months' imprisonment, as opposed to 240 months' imprisonment.[8] *Compare* 21 U.S.C. § 841(b)(1)(A), *with* 21 U.S.C. § 841(b)(1)(B). Defendant's supervised release term would also have differed. Whereas before the Fair Sentencing Act defendant would

---

6       R. Doc. 245.
7       R. Doc. 364 (sealed).
8       R Doc. 245.

2

be subject to ten years of supervised release, under the Fair Sentencing Act he would be subject to only eight years of supervised release.

The Court has already reduced defendant's sentence below his revised 120-month mandatory minimum, to sixty months' imprisonment as to Count 1, consecutive with 120 months' imprisonment as to Count 13. In light of defendant's reduction pursuant to Rule 35, as well as the substantial decrease in the mandatory minimum defendant originally would have faced due to the Fair Sentencing Act, defendant and the government agreed that an additional ten-month reduction in defendant's sentence would be appropriate.[9] This results in a sentence of fifty months' imprisonment for Count 1 consecutive with 120 months' imprisonment for Count 13.

Because defendant's initial sentence, and the reduction in that sentence, were premised on a 240-month mandatory minimum, the Court finds that a further ten-month reduction in defendant's sentence is appropriate. Therefore, in consideration of the advisory guidelines and the factors set forth in 18 U.S.C. § 3553(a), the Court imposes a sentence of fifty months' imprisonment as to Count 1, consecutive with 120 months' imprisonment as to Count 13, for a total sentence of 170 months. Upon release from imprisonment, defendant shall be on supervised release for a

---

[9]   R. Doc. 431 at 2 (sealed).

3

term of eight years as to Count 1 and five years as to Count 13, to run concurrently.

For the foregoing reasons, defendant's motion for a reduction in his sentence pursuant to the First Step Act is GRANTED.

New Orleans, Louisiana, this __27th__ day of May, 2020.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE